BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI, LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033
Alec P. Ostrow
aostrow@beckerglynn.com

*Proposed Attorneys for Plaintiff, Jeffrey Solomon
Simpson, as Debtor and Debtor in Possession, Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>             Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>             Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch,<br><br>             Defendant. | Adv. Pro. No. 26-01013 (LGB)<br><br>**DECLARATION OF ALEC P. OSTROW PURSUANT TO LOCAL RULE 9077-1 IN SUPPORT OF PROPOSED ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER** |

Alec P. Ostrow, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(a), as follows:

1.      I am a member of the bar of this Court and a member of the firm of Becker, Glynn, Muffly, Chassin & Hosinski LLP.  I make this declaration pursuant to Local Bankruptcy Rule 9077-1, in support of a proposed order to show cause for a preliminary injunction and

temporary restraining order in the form attached hereto as Exhibit A. I am fully familiar with the facts set forth herein.

2. An order to show cause is requested to provide a temporary restraining order to stop the Receiver from the conducting an auction for properly located on the premises of 1640 Montauk Highway, Water Mill, NY 11976 through Maltz Auctions, scheduled to commence on February 23, 2026 (the "Auction"). In the absence of a temporary restraining order, the Auction will take place as scheduled and the motion for a preliminary injunction will be rendered moot.

3. I have communicated via email and telephone with counsel for the Receiver, Marty G. Bunin. I have requested that the Receiver voluntarily postpone the Auction for two weeks. Mr. Bunin informed me that the Receiver has refused such request. I informed Mr. Bunin that in the absence of a voluntary postponement, I would be seeking injunctive relief from this Court, and he informed me that he understood and intended to oppose. I am providing him with copies of all papers filed with the Court.

4. No previous request for the relief sought herein has been made to this or any other Court.

5. I respectfully request that the Court grant the proposed order to show cause and temporary restraining order.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2026

                                          _/s/ Alec P. Ostrow_
                                              Alec P. Ostrow

4917-0631-7200 v.1