**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>                      Plaintiff,<br><br>- against -<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch,<br><br>                      Defendant. | Adv. Pro. No. 26-01013 (LGB)<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the motion (the "Motion") of the Plaintiff, dated February 20, 2026, seeking an order pursuant to sections 105(a) and 362(a) of title 11 of the United States Code (the "Bankruptcy Code"), enforcing and extending the automatic stay to prohibit the defendant Eric Huescher, as Receiver of Certain asset of JJ Arch (the "Receiver") from conducting an auction selling assets claimed to belong to the Debtor's estate until such claims can be resolved, and from shutting down a business that will risk the expansion of the Debtor's liabilities and impede his reorganization efforts; and upon the declaration of Alec P. Ostrow in support of this Order, and for good cause, it is

ORDERED that the Receiver SHOW CAUSE before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on the _____ day of _____, 2026, at ___:____ __.m., or as soon thereafter as counsel can be heard, in Courtroom 623, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or via Zoom for Government,

4920-3937-0128v.1

WHY an order should not be entered enjoining the Receiver from the conducting an auction for properly located on the premises of 1640 Montauk Highway, Water Mill, NY 11976 through Maltz Auctions, scheduled to commence on February 23, 2026 (the "Auction"); and it is further

ORDERED the pending the hearing and determination of the Motion, the Receiver is temporarily restrained from conducting the Auction; and it is further

ORDERED that good and sufficient service of this Order, and the Motion, shall be made if served by email upon counsel for the Receiver, Martin G. Bunin, Esq., mbunin@farrellfritz.com, not later than February 20, 2026.

Dated:  New York, New York
          February __, 2026

_____
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE