# Exhibit #2



**Martin G. Bunin**
Counsel

Direct Dial: 646.329.1982
Direct Fax: 646.329.1992
mbunin@farrellfritz.com

622 Third Avenue
New York, NY 10017
www.farrellfritz.com

Our File No.
35477-123

January 8, 2026

<u>**Via NYSCEF and Electronic Mail**</u>
The Honorable Joel M. Cohen, J.S.C.
Supreme Court of the State of New York
New York County, Commercial Division
60 Centre Street
New York, New York 10007
sfc-part3@nycourts.gov

Re: <u>**Simpson v. Chassen et. al, Index No. 158055/2023**</u>

Dear Judge Cohen:

I write regarding the order entered by the Court on December 23, 2025 entitled Order (I) Approving the Auction Sale of Rêver Motors' Assets; (II) Approving the Retention of Maltz Auctions, Inc. as Auctioneer; (III) Compelling Jeffrey Simpson, Individually and as Authorized Agent for 1640 Commercial Motors LLC to (A) Grant the Receiver and his Agents Access to Properties to Conduct an Inspection, and (B) Account for and Turn Over All Assets of Rêver Motors in Simpson's Possession (the "Auction Order") (NYSCEF Doc. Nos. 2198 and 2199).

The Auction Order (page 2, last full ordered paragraph) authorizes Eric M. Huebscher, as receiver (the "Receiver"), "to sell all Assets of Rêver Motors as to which its ownership is undisputed (or if disputed, has been determined to be property of Rêver Motors as provided below), including motor vehicles, machinery, equipment, inventory, tools and supplies" (*Id.*, p. 2). The Auction Order then provides as follows:

> **ORDERED**, that Simpson (accompanied by counsel) shall, within fourteen (14) days of entry of this Order, be provided access to the Business Premises [of Rêver Motors] to identify assets to which Simpson claims ownership and can demonstrate, to the Receiver's satisfaction and subject to the Court's review, such ownership, and that such assets shall not be sold by the Receiver; and it is further

        **ORDERED**, that the Receiver is not authorized to sell any Assets (or any parts thereof) the ownership of which remains in dispute, subject to Court resolution of such disputes…

(*Id.*, pp. 2-3).

Promptly after entry of the Auction Order, on December 24, 2025, I e-mailed Benjamin R. Rajotte, Esq. ("Rajotte"), Jeffrey Simpson's ("Simpson") counsel, and requested that he contact me regarding access to the Rêver Motors business premises (the "Business Premises") by Simpson to identify assets to which Simpson may claim ownership. *See* e-mail from me to Rajotte dated December 24, 2025 attached to this letter as **Exhibit 1**. Rajotte responded to my e-mail the same day, saying:

> "We'll see about all that Marty.
> This is never going to happen as long as I'm involved in protecting him [Simpson] from your cover up.
> Proceed accordingly."

December 24, 2025 e-mail from Rajotte to me, Exhibit 1.

I sent a follow up e-mail to Rajotte on December 29, 2025, making the same request that Simpson arrange access to the Business Premises. *See* December 29, 2025 e-mail from me to Rajotte, Exhibit 1. I received no response to my December 29 e-mail. On January 5, 2026, I sent another follow up e-mail to Rajotte making the same request. *See* January 5, 2026 e-mail from me to Rajotte, Exhibit 1. I have received no response from Rajotte to my January 5 e-mail.

Simpson, however, responded to the entry of the Auction Order and the Receiver's requests to implement the Auction Order's directives by leaving me a threatening voice mail message and sending me threatening and abusive e-mails. *See* transcribed voice mail message to me from Simpson on December 29, 2025 9:44 am ("And if you think you're gonna touch any piece of my property, the police will be involved immediately.* * * It's not a threat. It's a promise. You don't have any right to touch my stuff."); e-mail of December 29, 2025 9:45 am ("Don't go near anything that belongs to me. * * * If you plan to do something we're calling the police immediately…"); e-mail of December 29, 2025 10:01 am ("You will do nothing whatsoever. You want to do something the police will be involved."); e-mail of December 29, 2025 ("So who lied

today? Is it you Marty you disgusting pig? * * * I hope you called the police back and you could tell him you're [sic] bullshit angle to steal my stuff.  You don't have a right to do anything and the court orders are all nonsense because we have a judge that's corrupt and on the take."), attached to this letter as **Exhibit 2**.

The 14 days within which Simpson was to be provided access to the Business Premises have passed.  Simpson has failed to make any arrangements to obtain access to identify assets he claims are owned by him personally, has failed to make any request to obtain access and has failed to indicate any interest in making arrangements for access.

Moreover, the Receiver has been served with a property execution by a judgment creditor of Simpson.  As a result, if Simpson were conceivably able to demonstrate personal ownership of property items currently located at the Business Premises, the Receiver would be unable to turn over that property to him.

The Receiver, in support of his motion seeking authority to sell Rêver Motors' assets and at the oral argument of the motion, stressed that (1) the Business Premises looks like a junkyard, with vehicles, shells, partly disassembled vehicles, vehicle remains and other salvage strewn about and (2) prospective buyers of the 1640 Montauk Highway property, which the Receiver has been marketing, frequently ask and want to be assured that the real estate buyer will not have to remove all of the vehicles, remains, salvage and debris from the property.  The Rêver Motors auction sale is important for maximizing the value of the 1640 Montauk Highway real property as well as maximizing the value of the Rêver Motors assets. *See* Reply Affirmation of the Receiver in further support of the motion for the Auction Order, ¶ 23 (NYSCEF Doc. No. 2034).

Placed in this posture, at this time, the Receiver respectfully requests that the Court enter an order authorizing him to proceed with the sale of all of Rêver Motors' assets located on the Business Premises.  A proposed order is attached.

Simpson, to date, has not complied with any other provisions of the Auction Order. The Receiver will address by motion the other unfulfilled provisions of the Auction Order, including the grant of immediate access to the Receiver and his agents to the property located at 266 Water Mill Town Road, Water Mill, and any other locations where the Assets of Rêver Motors are found, to conduct an inspection, the turnover of Rêver Motors' vehicles, keys and certificates of title in

Hon. Joel M. Cohen
January 8, 2026
Page 4

Simpson's possession or control, and the turnover of the $10,000 in sale proceeds of the 1990 Ford Flatbed Truck or documentation showing that they were previously turned over.

In the event that the Court is unwilling to entertain issuing an order authorizing the Receiver to proceed with the sale of all of Rêver Motors' assets located on the Business Premises based on the request made herein, the Receiver, in the alternative, respectfully requests that the Court promptly schedule a conference or hearing to determine the issue of ownership and enter an order thereon, so that the Receiver can proceed as quickly as possible to effectuate the auction of Rêver Motors' assets.

Respectfully submitted,

/s/ *Martin G. Bunin*
Martin G. Bunin

To: All counsel of record via NYSCEF

FF\50332745.2

INDEX NO. 158055/2023
RECEIVED NYSCEF: 01/08/2026

# Exhibit 1

## Bunin, Martin

| | |
|---|---|
| **From:** | Bunin, Martin |
| **Sent:** | Monday, January 5, 2026 4:55 PM |
| **To:** | Benjamin Robert Rajotte Esq. (rajb@mllg.nyc) |
| **Subject:** | FW: Order on the Receiver's Maltz Auctions motion [F-F.FID1934821] |

Ben,

This is another follow up to my emails to you sent 12/24 and 12/29, which are both below.

1. If your client Jeffrey Simpson ("Simpson") would like to arrange access to the Rever Motors business premises pursuant to the provisions of the Maltz Auctions order (the "Maltz Auctions Order"), together with you as his counsel, contact me.
2. Please let me know what dates compliant with the Maltz Auctions Order Simpson will grant access to the Receiver and his agents to 266 Water Mill Town Road and other locations where Rever Motors assets may be found.
3. The Maltz Auctions Order requires Simpson to pay to the Receiver the $10,000 in proceeds from the sale of the 1990 Ford flatbed truck or furnish documentary evidence that the $10,000 was previously turned over to Rever Motors. Please advise Simpson to comply with this requirement of the Maltz Auctions Order.
4. Please direct Simpson to turn over possession of the vehicles listed on Exhibit B to the Maltz Auctions Order to the Receiver or account to the Receiver as set forth in the Maltz Auctions Order for any vehicle listed in Exhibit B which has been sold or transferred.
5. Please direct Simpson to turn over possession of the keys and certificates of title of the vehicles listed in Exhibit C to the Maltz Auctions Order to the Receiver.

Marty

**From:** Bunin, Martin
**Sent:** Monday, December 29, 2025 3:21 PM
**To:** 'Benjamin Robert Rajotte' <rajb@mllg.nyc>
**Subject:** RE: Order on the Receiver's Maltz Auctions motion [F-F.FID1934821]

Ben,

This is a follow up to my email to you sent 12/24 at 1:19 pm, which is below.

1. If your client Jeffrey Simpson ("Simpson") would like to arrange access to the Rever Motors business premises pursuant to the provisions of the Maltz Auctions order (the "Maltz Auctions Order"), together with you as his counsel, contact me.
2. Please let me know what dates compliant with the Maltz Auctions Order Simpson will grant access to the Receiver and his agents to 266 Water Mill Town Road and other locations where Rever Motors assets may be found.
3. The Maltz Auctions Order requires Simpson to pay to the Receiver the $10,000 in proceeds from the sale of the 1990 Ford flatbed truck or furnish documentary evidence that the $10,000 was previously turned over to Rever Motors. Please advise Simpson to comply with this requirement of the Maltz Auctions Order.

4. Please direct Simpson to turn over possession of the vehicles listed on Exhibit B to the Maltz Auctions Order to the Receiver or account to the Receiver as set forth in the Maltz Auctions Order for any vehicle listed in Exhibit B which has been sold or transferred.

5. Please direct Simpson to turn over possession of the keys and certificates of title of the vehicles listed in Exhibit C to the Maltz Auctions Order to the Receiver.

Marty

**Martin G. Bunin,** Counsel



622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Sent:** Wednesday, December 24, 2025 4:25 PM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>
**Subject:** Re: Order on the Receiver's Maltz Auctions motion [F-F.FID1934821]

We'll see about all that Marty

This is never going to happen as long as I'm involved in protecting him from your cover up

Proceed accordingly

**MAIDEN LANE LAW GROUP**
Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669
rajb@mllg.nyc

---

**From:** Bunin, Martin <MBunin@FarrellFritz.com>
**Sent:** Wednesday, December 24, 2025 1:19:43 PM
**To:** Benjamin Robert Rajotte <rajb@mllg.nyc>
**Subject:** Order on the Receiver's Maltz Auctions motion [F-F.FID1934821]

Ben,

2

In accordance with Judge Cohen's Order entered yesterday granting in part the Receiver's motion to approve the sale of Rever Motors' assets and obtain related relief, please:

1. Contact me next week (the week beginning December 29) regarding access by Jeffrey Simpson ("Simpson") to the Rever Motors business premises, accompanied by you, as his counsel, to identify assets to which Simpson claims ownership. Simpson should provide proof of ownership of the assets there he will identify as his in advance to the Receiver so the site visit proceeds efficiently in accordance with the Order. On the day of the visit, he should also bring with him the key he has said he has to the red Snap On toolbox that his father gave him. Please be advised that the Receiver will engage a videographer to record Simpson's visit. The Receiver will request that one or more officers of the Southampton Town Police Department be present, or engage an armed personal security guard to accompany him.

2. Contact me next week to set the date when Simpson will grant access to the Receiver and his agents access to 266 Water Mill Town Road and other locations where Rever Motors assets are to be found, including but not limited to the "[n]ew space on rt 27 in SH Very quiet not open to the public" where Simpson "has a bunch of stuff in production" (Reply Affirmation of the Receiver in further support of the Rever Motors asset sale motion, par. 20 and Exhibit 1 thereto, NYSCEF no. 2034).

Further, in accordance with the Order, please direct Simpson to:

A. Pay to the Receiver the proceeds of the sale of the 1990 Ford Flatbed Truck in the amount of $10,000 or provide documentary evidence to the Receiver demonstrating that the $10,000 was previously turned over to Rever Motors.

B. Turn over the possession of the vehicles listed on Exhibit B to the Order to the Receiver or account to the Receiver as set forth in the Order for any vehicle listed in Exhibit B which has been sold or transferred.

C. Turn over possession of the keys and certificates of title of the vehicles listed in Exhibit C to the Order to the Receiver.

Thank you.

Marty

**Martin G. Bunin,** Counsel

 FARRELLFRITZ

622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

INDEX NO. 158055/2023

RECEIVED NYSCEF: 01/08/2026

# Exhibit 2

**Bunin, Martin**

| | |
|---|---|
| **From:** | webex_comm@webex.com <postmaster@vmail03-us.bcld.webex.com> |
| **Sent:** | Monday, December 29, 2025 9:45 AM |
| **To:** | Bunin, Martin |
| **Subject:** | Voice Message Attached from WIRELESS CALLER +16467532872 |
| **Attachments:** | +16467532872_20251229_094500.wav |



# You have a new voicemail

| | |
|---|---|
| **Time:** | Monday, December 29, 2025 09:44 AM Eastern Standard Time |
| **From:** | WIRELESS CALLER +16467532872 |
| **To:** | Martin Bunin 142 |
| **Duration:** | 00:22 |

**Voice message transcription**

Marty, this is Jeff Simpson. As I said, Ben is sidelined. You will be talking to me and only me. And if you think you're gonna touch any piece of my property, the police will be involved immediately. So if you think you're doing anything, you let me know, let's get the police involved. Right now, 646-753-2872. It's not a threat it's a promise. You don't have any right to touch my stuff. Judge Cohen is corrupt, and so are you?

To listen to this message, open the attachment.

The Webex Team
Please do not reply to this email, as it is sent from an unmonitored address and responses will not be read.
Need help? **Go to Help center**

© 2024 Cisco and/or its affiliates. All rights reserved.   Privacy Statement | Terms of Service

1

**Bunin, Martin**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Monday, December 29, 2025 9:45 AM |
| **To:** | Bunin, Martin |
| **Subject:** | Ben is out |

Don't go near anything that belongs to me.   We have everything for the bankruptcy court and you are to do nothing.  If you plan to do something we're calling the police immediately and I will put them on notice.

You have some nerve.   I still am owe information about 225 HPR  which you had no right to do.

So the only person to speak to me that's it no nobody else it's me and we can include the police I'm good with that.

Jeffrey Simpson

Sent from my iPhone

## Bunin, Martin

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Monday, December 29, 2025 10:01 AM |
| **To:** | Bunin, Martin |
| **Cc:** | Pascarella, Darren A. |
| **Subject:** | Re: Voice Message Attached from WIRELESS CALLER +16467532872 [F-F.FID1934821] |

You will do nothing whatsoever.  You want to
 do something the police will be involved, do not call Ben he has been terminated and that's my decision not yours.

And I believe you need to go to Judge Beckerman  to get her permission before you try to sell anything.  So don't make your empty threats.  I spoke to Suffolk County sheriff's office and they have nothing.  So you are just trying to bully me like usual.  Talk to the bankruptcy Court, Mr. bankruptcy lawyer.  You do not do anything with my assets.  Let's start by getting the vehicles from Torpey's property in New Windsor.

Jeffrey Simpson

Sent from my iPhone


On Dec 29, 2025, at 9:56 AM, Bunin, Martin <MBunin@farrellfritz.com> wrote:


> As Judge Cohen pointed out, Ben Rajotte is your counsel unless and until he makes a motion to be relieved as counsel and the motion is granted.  As a result, I will communicate with Ben only.


**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com | www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill

**From:** webex_comm@webex.com <postmaster@vmail03-us.bcld.webex.com>
**Sent:** Monday, December 29, 2025 9:45 AM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>
**Subject:** Voice Message Attached from WIRELESS CALLER +16467532872

1



# You have a new voicemail

**Time:** Monday, December 29, 2025 09:44 AM Eastern Standard Time

**From:** WIRELESS CALLER +16467532872

**To:** Martin Bunin 142

**Duration:** 00:22

**Voice message transcription**

Marty, this is Jeff Simpson. As I said, Ben is sidelined. You will be talking to me and only me. And if you think you're gonna touch any piece of my property, the police will be involved immediately. So if you think you're doing anything, you let me know, let's get the police involved. Right now, 646-753-2872. It's not a threat it's a promise. You don't have any right to touch my stuff. Judge Cohen is corrupt, and so are you?

To listen to this message, open the attachment.

The Webex Team
Please do not reply to this email, as it is sent from an unmonitored address and responses will not be read.
Need help? Go to Help center

© 2024 Cisco and/or its affiliates. All rights reserved.    Privacy Statement | Terms of Service

<+16467532872_20251229_094500.wav>

2

## Bunin, Martin

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Monday, December 29, 2025 3:33 PM |
| **To:** | Bunin, Martin |
| **Cc:** | Pascarella, Darren A.; Benjamin Robert Rajotte; Eric Huebscher |
| **Subject:** | Re: Voice Message Attached from WIRELESS CALLER +16467532872 [F-F.FID1934821] |

So who lied today?  Is it you Marty you disgusting pig?  Yes go tell whoever you want that's what you are dirt of the Earth disgusting disgrace of an existence.   I hope you called the police back and you could tell him you're bullshit angle to steal my stuff.  You don't have the rights to anything and the court orders are all nonsense because we have a judge that's corrupt and on the take.   How else would you all get away with what you have?  It's a mockery on the system and you're part of it

And yes I'll copy that piece of shit Eric Huebscher here on the email because that's what he is a piece of shit.

Where is my money from HPR ?


Who did you sell to?  Mark my words I will find out and I will be pursuing you and your scumbag client and go run and tell the court. How dare you...

Let's do Conference call w the police right now?  You ready counselor?

Jeffrey Simpson

Sent from my iPhone


> On Dec 29, 2025, at 10:11 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> You are now being called by detective Wilson from the Southampton police.  I've reported your threats which are absolutely unwarranted and unacceptable.
>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>
>> On Dec 29, 2025, at 10:00 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> You will do nothing whatsoever.  You want to
>>  do something the police will be involved, do not call Ben he has been terminated and that's my decision not yours.
>>
>> And I believe you need to go to Judge Beckerman  to get her permission before you try to sell anything.  So don't make your empty threats.  I spoke to Suffolk County sheriff's office and they have nothing.  So you are just trying to bully me like usual.  Talk to the

1

bankruptcy Court, Mr. bankruptcy lawyer.  You do not do anything with my assets.   Let's start by getting the vehicles from Torpey's property in New Windsor.

Jeffrey Simpson

Sent from my iPhone


On Dec 29, 2025, at 9:56 AM, Bunin, Martin <MBunin@farrellfritz.com> wrote:


As Judge Cohen pointed out, Ben Rajotte is your counsel unless and until he makes a motion to be relieved as counsel and the motion is granted.  As a result, I will communicate with Ben only.


**Martin G. Bunin,** Counsel

<image001.jpg>

622 3rd Ave, 37th floor
New York, NY 10017
(646) 329-1982
Cell: (917) 887-0056  mbunin@farrellfritz.com |
www.farrellfritz.com

Albany | Hauppauge | New York City | Uniondale | Water Mill


**From:** webex_comm@webex.com <postmaster@vmail03-us.bcld.webex.com>
**Sent:** Monday, December 29, 2025 9:45 AM
**To:** Bunin, Martin <MBunin@FarrellFritz.com>
**Subject:** Voice Message Attached from WIRELESS CALLER +16467532872



# You have a new voicemail

| | |
|---|---|
| **Time:** | Monday, December 29, 2025 09:44 AM Eastern Standard Time |
| **From:** | WIRELESS CALLER +16467532872 |

2

**To:** Martin Bunin 142

**Duration:** 00:22

**Voice message transcription**

Marty, this is Jeff Simpson. As I said, Ben is sidelined. You will be talking to me and only me. And if you think you're gonna touch any piece of my property, the police will be involved immediately. So if you think you're doing anything, you let me know, let's get the police involved. Right now, 646-753-2872. It's not a threat it's a promise. You don't have any right to touch my stuff. Judge Cohen is corrupt, and so are you?

To listen to this message, open the attachment.

The Webex Team
Please do not reply to this email, as it is sent from an unmonitored address and responses will not be read.
Need help? Go to Help center

© 2024 Cisco and/or its affiliates. All rights reserved.　Privacy Statement | Terms of Service

<+16467532872_20251229_094500.wav>