## SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT: **HON. JOEL M. COHEN**
_____
                                    *Justice*

PART _____ 03M

----------------------------------------------------------------X

JEFFREY SIMPSON, INDIVIDUALLY AND DERIVATIVELY, AS MANAGING MEMBER OF JJ ARCH LLC, SUING DERIVATIVELY AS MANAGING MEMBER OF ARCH REAL ESTATE HOLDINGS LLC, JJ ARCH LLC,

                              Plaintiffs,

                         - v -

JARED CHASSEN, FIRST REPUBLIC BANK, YJ SIMCO LLC, ARCH REAL ESTATE HOLDINGS LLC,225 HPR LLC, JJ NY 550 LLC,1640 MONTAUK LLC,1640 MOTORS LLC,146 E. 89 BORROWER 1 LLC,

                              Defendants.

----------------------------------------------------------------X

INDEX NO. _____ 158055/2023

This matter is **STAYED** pending the bankruptcy proceedings involving

Plaintiff/Counterclaim Defendant Jeffrey Simpson (*see* NYSCEF 2354-2355). The parties are

directed to file a joint status letter on or before May 1, 2026 and every 60 days thereafter.

DATE: 2/27/2026

**JOEL M. COHEN, JSC**

Check One:  [ ] **Case Disposed**   [x] **Non-Final Disposition**

Check if Appropriate:  [ ] **Other (Specify** _____ )

## OTHER ORDER – NON-MOTION