# EXHIBIT A

**4.10.26**
**1:2026-BK-10359 (LGB)**
**Jeffrey Solomon Simpson**

| # | Location | Personal Property Description | Notes / Info of Ownership of Debtor | Picture# |
|---|----------|------------------------------|-------------------------------------|----------|
| 1 | West of main building entrance | Stihl weed wacker | Tool gifted by brother in law | 1 |
| 2 | West of main building entrance | Austin Healey white hard top and 13" wheels below it (2 are missing). | Part of personal parts collection | 2 |
| 3 | West of main building entrance | White land rover hard top, side panels, frontrunner roof rack | Part of personal parts collection | 3 |
| 4 | West of main building entrance | 1995 Canniston Green LR Discovery parts car (no engine), Debtor has bill of sale. | Bill of sale from seller to debtor and open title (title with receiver) | 5 |
| 5 | West of main building entrance | 1965 MGB burgandy parts car, no paperwork. | Parts car as part of personal collection to complete white 1966 MGB below | 6 |
| 6 | West of main building entrance | BMW and LR  plastic bumpers behind green land rover | Part of personal parts collection | 4 |
| 7 | West upper parking lot by short fence | Grey and Burgundy Land Rover Discovery 2003 or 2004 with parts contents inside | Parts cars as part of personal collection (titles with receiver) | 7 |
| 8 | West upper parking lot along west property line | Black Range Rover 2010 | Not running, father / son project, have open title | 9 |
| 9 | West upper parking log along west property line | White Range Rover 2001 | Was part of trade to customer for Debtor's prior vehicle, open title. Blown engine | 9 |
| 10 | West upper parking log along west property line | Green Range Rover 2021 | Was given to debtor by friend, parts car for engine swap above. | |
| 11 | West lower parking lot by short fence | various rims and tires, no time to sort through | Spares for debtors vehicles, example, 4 grey rims came with white 2001 range rover (above #11). | 8 |
| 12 | West lower parking lot, near west property line | 1969 blue ford bronco frame , white hard top and pieces of project | Open title and bill of sale to debtor evidenced to receiver prior | 12,13, 22,31 |
| 13 | West lower parking lot | 1952 yellow Jeep " jeepster " and 1948 cj2a vehicle projects. | Debtor has open title with bill of sale for jeepster, no papers cj2a. | 52 |
| 14 | West lower parking lot | piles of parts - bronco parts, toyota FJ parts, land rover axles, frame, axles, transmissions, and transfer cases. | And transfer cases owergllowe see, axles, transmissions, and t | 28,24 |
| 15 | West lower parking lot, along property line and stone retaining wall | body and frame and chasis pieces of austin healey 3000 and "bugeye" project. | Part of personal parts collection | 11 |
| 16 | West lower parking lot corner of white fence and stone retaining wall | land rover frame and axles surrounding it with springs | Part of personal parts collection | 12 |
| 17 | West lower parking lot corner of white fence and stone retaining wall | various jaguar bumpers, triumph parts, several other bumpers and axles | Part of personal parts collection | 12 |
| 18 | West lower parking lot, along white fence inside blue military truck | certain seats and interior parts land rover (it was used for storage), no time to sort. | Part of personal parts collection | 15 |
| 19 | West lower parking lot | 2 BMW's 2002 projects, green and red and parts inside | Debtor traded one of his vehicles for these, title with one (receiver has), other parts car | 17 & 23 |
| 20 | West lower parking lot | 2 shipping containers - 8' x 8' x 20' | Debtor purchased before the property was owned by the entity.  May of 2022. | 20 |

| # | Location | Description | Note | |
|---|---|---|---|---|
| 21 | West lower parking lot, south of shipping containers | 10' western snow plow, spare wheels and tires for the vehicle noted here. | Attachment for JJ Arch white dodge truck (Debtor does not have truck but Chassen claims he sent the title but did not and Debtor received a call from a contractor asking him to pick up the truck in the past 2 weeks.) | N/A |
| 22 | West lower parking lot, north of shipping containers | various body parts, some of which are for customer - Jim Gerstein for LR project. | Part of personal parts collection | 10 |
| 23 | South shipping container contents | a few upholstery parts | Part of personal parts collection | 44 |
| 24 | North shipping container contents | locked (receiver does not have key) , unknown | Unknown | 20 |
| 25 | North shipping container, on top and north side | various land rover body parts | Part of personal parts collection | 20 |
| 26 | North shipping container, north side and body shop north wall | Roof racks lined up, rover body parts, rover hard top | Part of personal parts collection | 20 |
| 27 | Yard between shed and welding shop | Blue triumph tr6 hard top | Part of personal parts collection | 26 |
| 28 | Retaining wall between shed and welding shop | Yellow ramps | Part of personal tool collection | 28 |
| 29 | Driveway in front of welding shop | Red mig welding machine (on wheels) several parts on table | Part of personal parts and tool collection | 28 |
| 30 | Center lower parking lot | 1969 blue bronco parts continued (scattered) plus various other LR, toyota FJ parts | Part of personal parts collection | 23,22 |
| 31 | Eastern lower parking lot, next to fence/dumpster | land rover body parts, roll cage hoops, exhaust, axles, mech components. | Part of personal parts collection | 28,30 |
| 32 | Eastern lower parking lot | 4 wheel skates (blue) and multiple jack stands. | Part of personal tool collection | 26 |
| 33 | Eastern lower parking lot | Early 80's orange Toyota SK8 skid steer loader (and bucket, plus attachments) | Part of personal tool collection | 29 |
| 34 | Eastern lower parking lot | Front of sunbeam project, austin healey drivetrain, 1969 bronco drivetrain | Part of presonal parts collection | 30 |
| 35 | Eastern lower parking lot | various land rover parts, engines, trans, body parts, austin healey and mga projects. | Austin healey bill of sale and open title shown to receiver prior, MGA is a parts car | 28, 30 |
| 36 | Outside of fenced area, Windmill Lane | bronco project replacement frame, black. | Part of presonal parts collection | 31 |
| 37 | Outside of fenced area | red mgb parked along side street, parts car | Part of personal parts collection | 39 |
| 38 | Driveway by body shop | 1996 white land rover discovery (and bumper located by basement door) | Debtor holds title, receiver refuses to release vehicle. | 25 |
| 39 | Driveway by body shop | 1966 white mgb project | bill of sale to debtor, transferable registration to Debtor, receiver holds registration | 21 |
| 40 | Driveway by basement of main building | 2 engines, 1 land rover, 1 volvo | Part of personal parts collection | 30,39 |
| 41 | Driveway by body shop | 2 areas of engines, several mbz, and land rover engines and transmissions, 1 jaguar engine, plus land rover hard top | Part of personal parts collection | 39 |
| 42 | Body shop | land rover capping, black / red tool box, grey air compressor | Part of personal parts and tool collection | 43 |
| 43 | Steel shop | 3 welding machines, 1 on shelf, 2 on floor - 1 red snap on, 1 green. Note gas containers are dangerous and should be returned to Airgas asap, the vendor | Part of personal tool collection | 42 |
| 44 | Steel shop | tools and parts possibly in blue tool box (box belongs to the business), no time to sort | Part of personal tool collection | 42 |
| 45 | Steel shop | green stand with red tool on top. | Part of personal tool collection | 42 |
| 46 | steel shop | various metal pieces | Part of presonal parts collection | 42 |
| 47 | steel shop | vice and small metal break on work bench + dehumidifier machine | Part of personal tool collection | 42 |
| 48 | Body shop | land rover upper window frames along wall | Part of presonal parts collection | 43 |

| | | | | |
|---|---|---|---|---|
| 49 | Main shed and area outside of it | various seats and interior parts, black hdpe hose line | Part of personal parts collection | 32 |
| 50 | small shed b/w lower bldg and shipping containers | various seats and interior parts | Part of personal parts collection | 32 |
| 51 | main building office | 7 or 8 land rover silver steel wheels, plus 4 loose tires that match. | Part of presonal parts collection | 34 |
| 52 | main building office | main steel desk (debtor cannot remember who purchased) | Part of personal items | 35 |
| 53 | mian building office | sliding window side curtains in back, land rover steel grill in front, gasket sets by rail | Part of presonal parts collection | 34 |
| 54 | main building basement | chain hoist ceiling in basement plus carrier for it (steel beam may be outside) | Part of personal parts collection | 47 |
| 55 | main shop | red snap on toolbox, black husky tool box, work bench with vise | Part of personal parts collection | 37 |
| 56 | main shop | orange engine hoist | Part of personal parts collection | 37 |
| 57 | main shop | certain contents in hillman boxes | Part of personal parts collection | 37 |
| 58 | main shop | certain contents in grey cabinet , red milwaukee box above, parts below grey cabinet | Part of presonal parts collection | 37 |
| 59 | main shop | yellow OME shocks in corner | Part of personal parts collection | 37 |
| 60 | Main shop shelves (high) | springs, spacers, and lights certain ones | Part of personal parts collection | 37 |
| 61 | main shop | 1 LR wheel and tire (other 4 in basement), hand truck | Part of personal parts collection (these were stolen and returned) | 37, 47 |
| 62 | side shop | water hose | Part of personal parts collection | 47 |
| 63 | side shop | red snap on bump lift | Part of personal parts collection | 46 |
| 64 | side shop | bins of parts, missing parts.  White table - various contents and on shelves - no time to sort | Part of personal parts collection | 46 |
| 65 | side shop | green g wagon, scavengered -  parts inside of it (random) | Part of personal parts collection | 46 |
| 66 | basement | blue rover hood and doors, various parts on shelves throughout, various engines, trans and mech parts. | Part of personal parts collection | 47 |
| 67 | basement | set of land rover wheels and tires | Part of personal parts collection | 47 |
| 68 | basement | red snap on tool | Part of personal parts collection | 37 |
| 69 | basement | uitlity closet, loose electrical parts, wiring and compoenents | Part of personal parts collection | 47 |
| 70 | basment | generator, power washer on floor | Part of personal parts collection | 47 |
| 71 | basement | corner between 2 blue streak cabinets - chrome trims for various cars | Part of personal parts collection | 47 |
| 72 | basement | identified engines - bmw, ford, LR, MBZ, trans, xfer cases | Part of personal parts collection | 47 |
| 73 | basement | carbeureters on shelves and in 2 buckets | Part of personal parts collection | 47 |
| 74 | basement | red water hose | Part of personal parts collection | 47 |
| 75 | outside of main garage door @ rt. 27 | LR bumper, and body panel | Part of personal parts collection | 47 |
| 76 | Side of main garage | auto ramps | Part of personal tool collection | 49 |
| 77 | side of main garage | grey mbz 4 door car (need to check title documents) | Unknown | 49 |