# EXHIBIT B

Photo exhibit, attachment to April 10th, 2026 site walkthrough – 1640 Motors LLC at 1640 Montauk Highway, Water Mill NY 11976.

Case: 1:26-BK-10359 (LGB), Debtor: Jeffrey Solomon Simpson

**<u>Photos of Debtor's personal property:</u>**

1. Stihl Weedwacker, west of main office front door.



2. Austin Healy hardtop and wheels, west of main office front door.



3. Land Rover hard top and roof rack, west of main office front door.

  

 

4.  BMW and land rover plastic bumpers, west of main office door.



5.  1995 Green LR Discovery, west of main office door



6.  1965 MGB Burgandy, west of main office door.

 

7.   Land Rover discovery parts vehicles grey and burgundy, west parking lot.

   

8.   Wheels, tires, rover parts along fence between upper and lower lots, west.



9.   Range Rovers along SW property line, upper parking lot.



10. Body parts to the south of shipping containers, snow plow in overgrowth.

 

11. Various body parts, Austin Healey project.  West property line



12. Jeep project plus various body parts, west property line.



13.  body parts of blue bronco project plus others, some location at 12 above



14. Various body parts in NW corner of property line.

  

15. Light blue military ambulance (contents), has interior parts for rover and others inside.

 

16. NW corner of property, various body parts, plus parts of Bronco above.

   

 

17. BMW 2002, green



18. East shipping container – several upholstery items and inside parts land rover.

  

19. Misc. wheels and tires between and lower lot (not all of them), no time to sort.



20. Body parts, roof racks, etc.  above and north side of shipping containers








21. 1966 MGB



22. Bronco parts plus misc along north white fence.



23. Red bmw 2002

 

24. Misc body parts along north fence at property line.



25. Land rover discovery, white, 1996 near body shop building.



26. Misc. parts and tools in front of body shop building.

 

 

27. 1995 Range Rover

   

28. Body parts and components along NE fence near windmill lane.

   

   

   

   



29. Toyota SK8 skid steer loader



30. Austin Healey project (green TR 6 not debtor's) Tools, parts, engines adjacent to body shop building, along retaining wall to hill.





   



31. Frame to bronco outside of fence along windmill lane.



32. Misc. upholstery and auto parts inside and outside main shed.

 

  

   

  

33. Misc upholstery parts inside small shed behind body shop (to the west).

 

34. Misc parts, wheels, tires and tools in main office space.

  

   

 

35. Main office, debtor's prior desk.



36. Misc parts in main office near main shop door.

  

37. Toolboxes, tools, parts in main shop.

  

  

 

   

38. Snap on portable lift plus various parts in side shop building (along windmill lane).

 

39. Austin healey, mga, mgb parts cars plus engines and parts under tarps adjacent to body shop and retaining wall

40. 2 engines outside basement door hardtop on hill.

 

41. welding shop – tools and body parts.

 

  



  

42. parts and tools outside welding shop.



   

43. Parts and tools in paint shop

   

 

44.  Misc parts inside South shipping container, North Shipping container was locked and no access.



45. Body parts, engines, frame parts, etc along fence at windmill lane and area to the south of it.

  

   

46. Misc parts in the side bay on Windmill lane and misc. contents inside grey container next to toolbox, below it, and  shelves and on floor.



47. Basement of Main Building – generator, power washer, engines, transmissions, misc. body parts, etc., 1 set of land rover wheels and tires.

  

  

  

  

 

48. 1952 yellow Jeepster along West portion of property.



49. Photos along exterior of building – Grey MBZ, LR bumper, LR body part, Ramps







