**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JEFFREY SOLOMON SIMPSON,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 26-10359 (LGB) |
| JEFFREY SOLOMON SIMPSON, as Debtor and Debtor in Possession,<br><br>                   Plaintiff,<br><br>         – against –<br><br>ERIC HUEBSCHER, as Receiver of Certain Assets of JJ Arch,<br><br>                 Defendant. | Adv. Proc. No. 26-01013 (LGB) |

### AMENDED ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF ENFORCING AND EXPANDING THE AUTOMATIC STAY

**WHEREAS**, on February 20, 2026, the Plaintiff Jeffrey Solomon Simpson (the "Debtor")

filed a Motion for Injunctive Relief Enforcing and Expanding the Automatic Stay [ECF No. 2]

(the "Motion"); and

**WHEREAS**, on March 17, 2026, Eric Huebscher, in his capacity as a court-appointed

receiver (the "Receiver") and Jared Chassen filed objections to the Motion [ECF Nos. 12, 14]; and

**WHEREAS**, on March 24, 2026, the Court held a hearing on the Motion; and

**WHEREAS**, on March 25, 2026, the Court entered an order granting in part and denying

in part the Motion [ECF No. 22] (the "Order"); and

**WHEREAS**, on April 24, 2026, the Receiver reached out to the Court requesting that his

time to file an objection (the "Objection Deadline") to the Debtor's list of personal property located

at 1640 Montauk Highway, Water Mill New York 11976 by May 3, 2026 at 4:00 p.m. (ET), pursuant to paragraph six of the Order, be extended to May 4, 2026 at 4:00 p.m. (ET); and

**WHEREAS**, the Receiver confirmed that the Debtor had no objection to the requested extension.

**IT IS HEREBY ORDERED:**

1. The Order's paragraph six is hereby amended so that the Objection Deadline is extended to **May 4, 2026 at 4:00 p.m. (ET)**.

2. For the avoidance of doubt, the Order as modified herein shall otherwise remain in full force and effect.

3. This Court shall retain jurisdiction over any matter or dispute arising from or relating to this Amended Order.

Dated: April 28, 2026
New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE