FARRELL FRITZ, P.C.
Martin G. Bunin
622 Third Avenue, Suite 37200
New York, NY  10017
Telephone: (212) 687-1230

*Counsel for Eric Huebscher, not individually*
*but solely in his capacity as Receiver*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JEFFREY SOLOMON SIMPSON, as Debtor
and Debtor in Possession,

Adversary Pro. No. 26-01013

                      Plaintiff,

          -against-

ERIC HUEBSCHER, as Receiver of Certain Assets
of JJ Arch, and JARED CHASSEN,

                    Defendants.

-------------------------------------------------------------------x

## DEFENDANT ERIC M. HUEBSCHER'S WITNESS LIST

Defendant Eric M. Huebscher, as Receiver, by his attorneys, Farrell Fritz, P.C., for his witness list for the June 10, 2026 evidentiary hearing on the Plaintiff's Document List of Personal Property, herby identifies the following individuals as witnesses to be called to testify in this adversary proceeding:

1.  Eric M. Huebscher

The Receiver reserves the right to change and supplement this list up to and through the hearing of this matter.

Dated: New York, New York
       June 5, 2026

1

FARRELL FRITZ, P.C.

By: s/ *Martin G. Bunin*
    Martin G. Bunin
    *Attorneys for Defendant*
    *Eric M. Huebscher, as Receiver*
    622 Third Avenue, Suite 37200
    New York, New York 10017
    Tel: (212) 687-1230

TO: