# **Exhibit 1**

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Thursday, October 8, 2026 1:08 PM
**To:** Beauregard, John
**Cc:** SFC-PART3; Bunin, Martin; #-FirmPSDocketing@steptoe.com; aishlinn.bottini@haynesboone.com; carey.wallick@haynesboone.com; Katherine E. Mateo; leslie.thorne@haynesboone.com; Lori.Mitchell@haynesboone.com; ndenning@wiggin.com; ssouthard@klestadt.com; admin@spi-pc.com; ahaynes@westermanllp.com; allenschwartzlaw@gmail.com; brenda.diaz@haynesboone.com; charles; coliver@grifflegal.com; Docket Clerk; gkeller@steptoe.com; Jesse H. Young; jmiller@westermanllp.com; Kevin A. Fritz; kwarner@westermanllp.com; lulerio@grifflegal.com; Paul Gusak; robert@lorenclaw.com; Stephen B. Meister; sgriffin@grifflegal.com; sgross; Thomas L. Friedman; Lizette Negroni; Benjamin Robert Rajotte; Jonathan T. Koevary; David A. Gold; Allen Schwartz; arawaf@nycourts.gov; afrancis@jntllp.com; NYSBml_Beckerman's_Chambers; Alec P. Ostrow
**Subject:** Re: Simpson v. Chassen (Sup. Ct., New York County Index No. 158055/2023) [F-F.FID1934821]
**Attachments:** Receiver's Letter Application for Interim Commissions for East 89th Street Deed In Lieu Transaction with Exhibits, dated October 8, 2026.pdf; ATT00001.htm; Proposed Order Approving Receiver's Application for Interim Commissions in Accordance with the Stip of Settlement for the East 89th Street Property.docx; ATT00002.htm; Proposed Order Approving Receiver's Application for Interim Commissions in Accordance with the Stip of Settlement for the East 89th Street Property.docx; ATT00003.htm

External (jsimpson001@icloud.com) FARRELLFRITZ

Graymail Spam Phish More... Microsoft Quarantine

Like usual I object anything this guy does and I object to him being there in the first place and I object to him getting one dollar for anything. And when he went to the bk court for lift stay , I clearly asked the bankruptcy court if there was any funds going to anybody here and I was told no. I said I didn't trust the receiver and I said he would try to take money and I was told no - only transfer taxes and legal and that's it so here we are again them extorting my estate, my property, my everything thank you to Joel cohen - a man who's not a man of the court but pretends to be because he just hurts people because he likes it , he enjoys it and clearly him and the other goons are all protected by the seddio regime and whatever other political levers they have because as I've said 1000 times none of this could've ever happened and you Joel cohen screwed up royally. And yes it's more your fault than anybody's because you're supposed to be someone of the court but you just make up your own rules and do whatever you want to do I guess that's how you get off. So please go ahead award them more money that belongs to me through the channels of my structuring and just add it to the list of more toxic things that you've done that are not legal. There is no one to call so all I'm going to do is voice it here because no one gives a damn because of what you've done.

And no, my attorney is a coward. He doesn't have the courage to call you out for your bullshit and what you've done to me and my family and the fact you keep taking cases related to me is horrific beyond. It just means there's no law it just means there's no order there's just Joel cohen waving his wand.

So no I do not accept your jurisdiction on anything or anywhere near me or any of my family but if I don't voice what needs to be done here at least there will be a record for later when we reconcile all the damage you've done to me and my family. Someday, somebody will care to what you did here and all the folks that are there alongside you.

Shame on you shame on you. And yes you should lose your robe and yes you should be fired and you should be jailed for what you do to me and others.

Jeffrey Simpson

Sent from my iPhone

On Oct 8, 2026, at 11:59 AM, Beauregard, John <JBeauregard@farrellfritz.com> wrote:

Good Afternoon,

My firm represents Receiver Eric Huebscher in the above referenced matter.

Attached please find Receiver's Letter Application for Interim Commissions for East 89th Street Deed In Lieu Transaction with Exhibits along with exhibits and a Proposed Order that was recently filed on NYSCEF. The Proposed Order is being provided additionally as a Word document for the Court's convenience.

Respectfully Submitted,

**John J. Beauregard | Supervising Paralegal**
Manager of Litigation Support | Farrell Fritz, P.C.
400 RXR Plaza | Uniondale, New York 11556-0120
Office: 516.227.0778 | Fax: 516.336.2238
jbeauregard@farrellfritz.com | www.farrellfritz.com

Please consider the environment before printing this E-mail.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.