FARRELLFRITZ P.C.
ATTORNEYS

**Martin G. Bunin**
Counsel

Direct Dial: 646.329.1982
Direct Fax: 646.329.1992
mbunin@farrellfritz.com

622 Third Avenue
New York, NY 10017
www.farrellfritz.com

Our File No.
35477-123

October 19, 2026

**VIA ECF**
Honorable Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton U.S. Custom House
New York, New York 10004

**Re: Simpson v. Huebscher (In re Jeffrey Solomon Simpson)**
**Chapter 11 case no. 26-10359(LGB)**
**Adversary Proceeding no. 26-01013 (LGB)**

Dear Judge Beckerman:

We represent Eric M. Huebscher, in his capacity as court-appointed receiver (the "Receiver") in the state court action (the "State Court Action") entitled *Jeffrey Simpson, et al v Jared Chassen, et al.*, Index No. 158055/2023 (Supreme Court, County of New York: Commercial Division).

On August 24, 2026, the Court entered its first order (the "First Contempt Order") sanctioning the debtor Jeffrey Solomon Simpson (the "Debtor") (ECF Doc. No. 74) for violating the Court's cease and desist order entered in this adversary proceeding (ECF Doc. No. 57). The First Contempt Order (at page 9) sanctioned the Debtor $2,000 and required him to "(a) complete an anger management course which has been approved by the New York state courts in Manhattan and is at least twelve hours in duration, and (b) file a certificate of completion of such anger management course with the Court by no later than September 30, 2026."

On September 22, 2026, the Court entered its second order sanctioning the Debtor for violating the Court's cease and desist order, fining the Debtor $3,900 (ECF Doc. No. 94).

On September 30, 2026, the Debtor filed his certificate of completion of the twelve-hour New York state court approved anger management course (ECF Doc. No. 172, filed in the 26-10359 main case).

Yesterday, October 18, 2026, the Debtor sent a lengthy abusive e-mail addressed to the state court and this Court (and also copying this Court), and the state court service list. The abusive e-mail is attached to this letter as **Exhibit 1**. The sanctions orders and the Debtor's completion of the anger management course continue to fail to curb the Debtor's contemptuous behavior.

Respectfully submitted,

/s/ *Martin G. Bunin*
Martin G. Bunin

MGB/llf

To: All counsel of record